UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JON R. DEUTSCH § | |
| § | **CIVIL ACTION NO. 1:16-CV-380-SS** |
| **Plaintiff** § | |
| § | |
| VS. § | |
| § | |
| ROARK & HARDEE, L.P. § | |
| § | |
| **Defendant** § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and Parties will submit their Joint Stipulation for Dismissal with Prejudice within 10 days.

DATED: SEPTEMBER 7, 2016      Respectfully submitted,

By:   /s/ Omar W. Rosales
      Omar W. Rosales

      **THE ROSALES LAW FIRM, LLC**
      WWW.OWROSALES.COM
      OMAR W. ROSALES
      Federal No. 69067
      PO BOX 6429
      AUSTIN, TX
      78762-6429
      (866) 402-8082 Toll-Free
      (512) 520-4919 Tel
      (512) 309-5360 Fax

CERTIFICATE OF SERVICE

1

I, Omar W. Rosales, do hereby certify that this NOTICE OF SETTLEMENT was served upon all attorneys of record via the TXW_USDC Electronic case filing system on SEPTEMBER 7, 2016.  An additional copy was sent to defense counsel via email.

/s/ Omar W. Rosales
Omar W. Rosales