IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
16 SEP 22  PM 4:05
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____W_____
        DEPUTY CLERK

JON R. DEUTSCH,
Plaintiff,

-vs-

ROARK &AMP; HARDEE, L.P.,
Defendant.

CAUSE NO.:
A-16-CA-00380-SS

### ORDER

BE IT REMEMBERED on this day there was presented to the Court the Stipulation for Dismissal filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation for Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 22nd day of September 2016.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE